No. 6830.—AYALA, aplda. *v.* FLORES, etc., aplte. el primero.— C. D. San Juan. ▬▬▬ Abril 17, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Siendo dudoso si cabe la desestimación por haberse dejado de notificar la apelación a la codemandada Severiana López, dadas las circunstancias que concurren, y existiendo una diferencia de opinión sobre si el recurso es o no frívolo, no ha lugar.

(*e*) TRANSCRIPCIÓN DE AUTOS NO RADICADA DENTRO DEL TÉRMINO.

No. 6956.—PACHECO, etc., apldo. *v.* POMALES, etc., apltes.— C. D. San Juan. ▬▬▬ Febrero 19, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, declarado sin lugar el traslado del pleito en diciembre 10, 1934, los demandados apelaron para ante este tribunal en diciembre 22, 1934, habiendo transcurrido con exceso el término de treinta días dentro del cual debió archivarse la transcripción de los autos sin que se haya verificado el archivo y sin que se haya pedido la prórroga del término; y

POR CUANTO, basándose en ello la parte apelada solicitó la desestimación del recurso por moción de febrero 9 actual notificada a la parte apelante el propio día y cuya vista se celebró con la sola asistencia de la parte apelada por su abogado el 18 de febrero en curso;

POR TANTO, de acuerdo con la ley y la jurisprudencia, siendo éste un caso que no requiere para tramitarse exposición del caso ni transcripción de evidencia, se declara la moción con lugar y se desestima, por abandono, el recurso.

Los siguientes casos fueron desestimados por el fundamento arriba expresado:

Nos. 6197, 6926, 6994, 7031, 7088.

(*f*) FALTA DE ALEGATO O PRESENTACIÓN DEL MISMO FUERA DEL TÉRMINO